

# Fourth Court of Appeals
## San Antonio, Texas

March 11, 2015

No. 04-14-00707-CV

Melissa **BROQUET** and John Broquet,
Appellants

v.

**WALTER MORTGAGE COMPANY**,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-12-60-A
Judge Robert Blackmon, Judge Presiding

## O R D E R

Appellant filed his initial brief on February 6, 2015. Because the brief violated Rule 38 of the Texas Rules of Appellate Procedure, this court ordered that the brief be stricken and ordered appellant to file an amended brief on or before March 2, 2015. Appellant filed an amended brief. Although the amended brief still violates Rule 38 of the Texas Rules of Appellate Procedure, this Court accepted the brief and advised appellant of the errors. However, on March 6, 2015, appellee filed an advisory with this Court stating appellant attached an affidavit to the brief that is not part of the appellate record and that states facts not presented to the trial court. In addition, appellee advises the Statement of Facts and Argument contain statements based upon this affidavit.

Based upon appellee's advisory, this court conducted an independent review of the appellate record and concludes appellee's advisory is correct. Appellant's amended brief violates Rule 38 of the Texas Rules of Appellate Procedure because the Statement of Facts and Argument Sections do not contain appropriate citations to the record. *See* TEX. R. APP. P. 38.1(g),(i). The amended brief also contains evidence not presented to the trial court and not part of the appellate record. *See id.*

It is therefore ORDERED that appellant's amended brief is STRICKEN. *See* TEX. R. APP. P. 38.9(a). Appellant is ORDERED to file a second amended brief on or before March 17, 2015. If the second amended brief fails to satisfy Texas Rule of Appellate Procedure 38 or contains statements or attaches evidence outside the appellate record, WE WILL STRIKE THE SECOND AMENDED BRIEF AND DISMISS THE APPEAL. *See* TEX. R. APP. P. 42.3(c).

_____
Jason Pulliam, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court